AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail




# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | Case No. | 4-11-70679 MAG |
| Corey Daiker | ) | Charging District: | 11 MAG 1181 |
| Defendant | ) | Charging District's Case No. | Southern District of New York |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | United States District Court<br>Southern District of New York (Manhattan)<br>500 Pearl Street<br>New York, NY 10007-1312 | Courtroom No.: Duty Magistrate Judge |
| --- | --- | --- |
| | | Date and Time: July 12, 2011 at 10:00 a.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   June 30, 2011

_Judge's signature_

LAUREL BEELER, U.S. MAGISTRATE JUDGE
*Printed name and title*